# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 16-cv-00076-CMA-KLM

RICARDO LOPEZ, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

NEXT GENERATION CONSTRUCTION & ENVIRONMENTAL, LLC, a Colorado limited liability company, and
CAMRON LENTE,

    Defendant.

---

# ORDER GRANTING JOINT MOTION FOR
# PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

---

This matter is before the Court on the Parties' Joint Motion for Preliminary Approval of Settlement Agreement. (Doc. # 193.) For the reasons set forth in the Joint Motion, this Court grants preliminary approval of the Settlement Agreement, filed with this Court as Exhibit 1 to the Joint Motion (Doc. # 193-1). Given the procedural posture of this case, the Court finds that it may preliminarily approve the parties' proposed settlement, as it is fair, adequate, and reasonable, and because the parties reached their proposed agreement as a result of intensive, non-collusive, arm's-length negotiations. *See Jones v. Nuclear Pharmacy, Inc.*, 741 F.2d 322, 324 (10th Cir. 1984) ("In exercising its discretion, the trial court must approve a settlement if it is fair, reasonable and adequate."). Therefore:

- The Joint Motion (Doc. # 193) is GRANTED.

- The Court appoints Ms. Jody Duvall as Settlement Administrator.

- The Court approves the Notice of Proposed Settlement, attached as Exhibit 2 to the Joint Motion with the following modifications:

    - The Joint Motion indicates that "Class Members will have a reasonable amount of time, 45 days from the date the notice is mailed, to object to the Settlement **or mail an opt-out request**." (Doc. # 193 at 12) (emphasis added).

    - However, the Notice does not advise the Class Members of their right to submit an opt-out request, nor does it include an opt-out request form. Therefore, the parties shall amend the Notice accordingly.

- The Court authorizes the Notice procedures described in the Joint Motion and set forth below.

Accordingly, the Court sets the following deadlines and FURTHER ORDERS that:

- Within 15 days of the issuance of this Order, the Claims Administrator shall mail a Notice of Proposed Settlement (Exhibit 2) **and** a corresponding Opt-Out Form to all putative Class Members by first-class mail to their last known address or other more current address as determined by the Settlement Administrator.

- For any Notice that is returned as undeliverable, the Settlement Administrator, within 5 days of obtaining a more current address, shall re-mail the Notice. The Settlement Administrator will conduct only a single re-mailing of the Notice to Class Members whose Notices were returned as undeliverable.

- Class members shall have 45 days from the date that the Notice is mailed to respond to the Notice. Specifically:

    - Any Class Members who wish to object to the Settlement Agreement shall have 45 days from the date that the Notice is mailed to file a written objection with the Settlement Administrator.

- o Class Members who wish to be excluded from the Settlement shall have 45 days from the date that Notice is mailed to complete, sign, and return the Opt-Out Form.

- A final hearing on the Joint Motion for Final Approval and Motion for Attorney's Fees is scheduled for July 23, 2019 at 3:00 in Courtroom A602 of the Alfred A. Arraj United States Courthouse. The Court has set aside two hours for this hearing.

- The Parties shall file their respective responses to any Class Members' objections to the Settlement by July 8, 2019.

- Plaintiffs' Motion for Final Approval of the Settlement is due by July 8, 2019.

- Class Counsel shall file their motion for Attorneys' Fees, Costs, Settlement Administration Costs, and a Service Award to the Class Representatives by July 8, 2019.

DATED: May 13, 2019

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

3